O

1

2

3

4

5

6

7

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           )
                                         )
12                  Plaintiff,           )      SA 08-675M
                                         )
13        v.                             )  ORDER OF DETENTION AFTER HEARING
                                         )        (18 U.S.C. § 3142(i))
14   MANUEL JESUS NEVAREZ MIRANDA,       )
                                         )
15                  Defendant.           )
     _____)

16

17                                       I.

18    A.  ( ) On motion of the Government involving an alleged

19         1.  ( )  crime of violence;

20         2.  ( )  offense with maximum sentence of life imprisonment or death;

21         3. ( )   narcotics or controlled substance offense with maximum sentence of ten or more years

22               (21 U.S.C. §§  801,/951, et. seq.,,/955a);

23         4.  ( )  felony - defendant convicted of two or more prior offenses described above.

24    B.  On motion  ( ) (by the Government) / ( ) (by the Court sua sponte involving)

25         1.  ( X )    serious risk defendant will flee;

26         2.  ( )  serious risk defendant will

27              a. ( )   obstruct or attempt to obstruct justice;

28              b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

1        II.

2    The Court finds no condition or combination of conditions will reasonable assure:

3    A.  ( X )    appearance of defendant as required; and/or

4    B.  ( ) safety of any person or the community;

5        III.

6    The Court has considered:

7    A.  ( x ) the nature and circumstances of the offense;

8    B.  (x) the weight of evidence against the defendant;

9    C.  (x) the history and characteristics of the defendant;

10   D.  ( ) the nature and seriousness of the danger to any person or to the community.

11       IV.

12   The Court concludes:

13   A.  ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15   B.  (x )    History and characteristics indicate a serious risk that defendant will flee because:

16   **Defendant is undocumented.  He has no ties to the community and no bail**

17   **resources.**

18

19   C.  ( ) A serious risk exists that defendant will:

20       1. ( )   obstruct  or  attempt to  obstruct  justice;

21       2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23   D.  ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24       provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7

8  Dated: December 9, 2008

9

    _____
10    Marc L. Goldman
    U.S. Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

CR - 94 (02/94)                          - 3 -                          Page 3 of 3